SAMUEL DOWTY *v.* W. C. TEMPLETON et al.

Plaintiff's slave went on board of a steamship to sell milk to the steward of the cabin. The planks
which constituted the staging slipped, the slave fell into the river and was drowned ; the plaintiff
sued the owner and master of the vessel for the value of the slave as damages, on the ground
that they neglected to have a proper means of communication between the steamer and the shore.
*Held :* The master and owner were under no legal obligation to provide for the slave the means of
ingress and egress to and from the vessel.

APPEAL from the Fourth District Court of New Orleans, *Reynolds*, J.
*Ogden & Leovy*, and *Cotton*, for plaintiff. *Clack*, for defendants.

BUCHANAN, J. (VOORHIES, J., and OGDEN, J., absent.) The slave of plain-
tiff went on board of a steamship moored alongside of a wharf in the port of
New Orleans, to sell milk to the steward for the use of the cabin ; and on his
return ashore, fell into the river between the ship and the wharf, by the slip-
ping of the planks which constituted a staging, and was drowned.

The plaintiff claims the value of the slave, as damages, from the owner and
master of the ship *in solido*, on the ground that they neglected to have a pro-
per and sufficient staging, or means of communication, between the vessel and
the shore ; and also because the vessel was not moored to the wharf in a
proper manner.

The slave was not employed on board the vessel as one of the crew, nor as
a laborer in discharging or loading her ; neither was he a passenger on board.
It is not perceived by us that the master or owner of the ship was under any
legal obligation to provide for him the means of ingress and egress to and from
the ship.

The plaintiff has no action against the defendants for the loss of his slave,
under the circumstances.

Judgment of the District Court reversed, and judgment for defendants, with
costs in both courts.

Rehearing refused.